■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON HUNTLEY, Appellant. [739 NYS2d 286] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 24, 1997 (*People v Huntley,* 237 AD2d 533), affirming a judgment of the Supreme Court, Kings County, rendered May 21, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). McGinity, J.P., Luciano, Townes and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY R. KILMER, Appellant. [739 NYS2d 588] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered February 25, 1998, convicting him of criminally negligent homicide, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court providently exercised its discretion in replacing a sworn juror after making an adequate inquiry into the juror's unavailability for continued service (*see,* CPL 270.35; *People v McDonald,* 143 AD2d 1050). The court was informed by the juror that her grandmother had become gravely ill, and the substitution occurred at a relatively early stage of the trial, after only two of the People's several witnesses had testified.

The defendant's remaining contention does not require reversal. Santucci, J.P., Smith, Goldstein and Friedmann, JJ., concur.